508 A.2d 549

Elaine W. HARBISON

v.

WORKMEN'S COMPENSATION APPEAL BOARD and Reuben H. Donnelley.

Petition of Reuben H. DONNELLY.

Supreme Court of Pennsylvania.

May 8, 1986.

Petition for Allowance of Appeal GRANTED, No. 41 W.D. Appeal Docket 1986.